SOLOMON JAFFA, Respondent, *v.* CONCORD-SAYVILLE CORP., Defendant, and FREDERICK A. SINDEBAND, Appellant.

Argued March 7, 1945; decided April 12, 1945.

*Martin M. Kolbrener* for appellant.

*Joseph Richter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.